UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| JEFFREY CARLOS HALE, on behalf of himself and all others similarly situated, <br> Plaintiff, <br> v. <br> CNX GAS COMPANY, LLC, <br><br> Defendant. | Case No. 1:10-cv-00059 |
| DORIS BETTY ADDISON, on behalf of herself and all others similarly situated, <br> Plaintiff, <br> v. <br> CNX GAS COMPANY, LLC, <br><br> Defendant. | Case No. 1:10-cv-00065 |

## MOTION TO COMPEL

Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, Plaintiffs respectfully move for an order compelling Defendant CNX Gas Company, LLC ("CNX") to resume document production and to provide a privilege log. The grounds for this motion are set forth in the accompanying Memorandum in Support of Plaintiffs' Motion to Compel, the Declaration of Daniel E. Seltz and accompanying exhibits, and any other submissions the Court may require.

Through this motion, the undersigned certifies that Plaintiffs' counsel have in good faith conferred with counsel for CNX an attempt to resolve this dispute without court action.

- 1 -

Respectfully submitted,

Dated:  October 3, 2014

LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP

By: */s/ Daniel E. Seltz*
David S. Stellings
Daniel E. Seltz
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
dstellings@lchb.com
dseltz@lchb.com

Elizabeth Alexander
LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue North
Suite 1650
Nashville, TN 37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965
ealexander@lchb.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
ecabraser@lchb.com

Larry D. Moffett
DANIEL COKER HORTON &
   BELL, P.A.
265 North Lamar Blvd., Suite R
P. O. Box 1396
Oxford, MS 38655
Telephone:  (662) 232-8979
Facsimile:  (662) 232-8940
lmoffett@danielcoker.com

Charles F. Barrett
CHARLES BARRETT, P.C.
6518 Highway 100, Suite 210
Nashville TN 37205
Telephone:  (615) 515-3393
Facsimile:  (615) 515-3395
charles@cfbfirm.com

1198706.1

Peter G. Glubiak, VSB #31271
GLUBIAK LAW OFFICE
P.O. Box 27
King William, VA 23086
Telephone:  (804) 769-1616
Facsimile:  (804) 769-1897
glubiaklaw@aol.com

Don Barrett
David M. McMullan, Jr.
Brian Herrington
Katherine B. Riley
BARRETT LAW GROUP, P.A.
404 Court Square North
P.O. Drawer 927
Lexington, MS  39095
Telephone:  (662) 834-2488
Facsimile:  (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
bherrington@barrettlawgroup.com
kbriley@barrettlawgroup.com

Richard R. Barrett
LAW OFFICES OF RICHARD R.
BARRETT, PLLC
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
Telephone:  (662) 380-5018
Facsimile:  (866) 430-5459
rrb@rrblawfirm.net

Jackson S. White, Jr., VSB #03677
THE WHITE LAW OFFICE
P. O. Box 286
Abingdon, VA 24212
Telephone:  (276) 619-3831
Facsimile:  (815) 550-2930
jackwhite@whitelawoffice.com

1198706.1

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel does hereby certify that he has this day served a true and correct copy of the above and foregoing on counsel of record via CM/ECF filing.

This the 3rd day of October, 2014.

*/s/ Daniel E. Seltz*
Daniel E. Seltz
Attorney for Plaintiffs

1198706.1