# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| JEFFREY CARLOS HALE, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:10-cv-59 |
| v. | ) ) | |
| CNX GAS COMPANY LLC, et al., | ) ) | |
| Defendants. | ) ) | |
| DORIS BETTY ADDISON, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:10-cv-65 |
| v. | ) ) | |
| CNX GAS COMPANY LLC, et al., | ) ) | |
| Defendants. | ) | |

## CNX GAS COMPANY LLC'S MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c)(1)(A), defendant CNX Gas Company LLC (hereinafter "CNX"), by its undersigned counsel, respectfully moves this Court for the entry of an Order protecting CNX against any additional discovery, for the reasons stated in the accompanying memorandum.  The undersigned certifies that CNX's counsel has in good faith conferred with counsel for Plaintiffs in an attempt to resolve this dispute without Court action.

Dated: November 11, 2014

        Respectfully submitted,

        CNX GAS COMPANY LLC

        By Counsel

        /s/ Jonathan T. Blank
        James R. Creekmore (VSB No. 36246)
        Blair N.C. Wood (VSB No. 81101)
        THE CREEKMORE LAW FIRM PC
        106 Faculty Street
        Blacksburg, Virginia 24060
        (540) 443-9350 – Telephone
        (540) 443-9350 – Facsimile
        *james@creekmorelaw.com*
        *blair@creekmorelaw.com*

        *Counsel for CNX Gas Company LLC*

        Jonathan T. Blank (VSB No. 38487)
        Larissa LPC Sneathern (VSB No. 44430)
        MCGUIREWOODS LLP
        310 Fourth Street, N.E., Suite 300
        P.O. Box 1288
        Charlottesville, Virginia 22902
        (434) 977-2509 – Telephone
        (434) 980-2258 – Facsimile
        *jblank@mcguirewoods.com*
        *lsneathern@mcguirewoods.com*

        *Counsel for CNX Gas Company LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2014 a true and correct copy of the foregoing instrument was sent to all counsel of record registered to receive filings via ECF.

      /s/ Jonathan T. Blank
Jonathan T. Blank (VSB No. 38487)
MCGUIREWOODS LLP
310 Fourth Street, N.E., Suite 300
P.O. Box 1288
Charlottesville, Virginia 22902
(434) 977-2509 – Telephone
(434) 980-2258 – Facsimile
*jblank@mcguirewoods.com*

James R. Creekmore (VSB No. 36246)
Blair N.C. Wood (VSB No. 81101)
THE CREEKMORE LAW FIRM PC
318 N. Main Street
Blacksburg, Virginia 24060
(540) 443-9350 – Telephone
(540) 443-9350 – Facsimile
*james@creekmorelaw.com*
*blair@creekmorelaw.com*

*Counsel for CNX Gas Company LLC*

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| JEFFREY CARLOS HALE, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 1:10-cv-59 |
| v. | ) ) | |
| CNX GAS COMPANY LLC, et al., | ) ) | |
| Defendants. | ) ) | |
| DORIS BETTY ADDISON, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 1:10-cv-65 |
| v. | ) ) | |
| CNX GAS COMPANY LLC, et al., | ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(c)(1), the undersigned, Jonathan T. Blank, hereby certifies that counsel for Defendants has in good faith attempted to confer with counsel for Plaintiff in an effort to resolve this discovery dispute.  Counsel are at an impasse.

 /s/ Jonathan T. Blank